UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CAROL KELLY,** | ) | Bankruptcy No. 16-03117 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 22, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

C DAVID WARD
ILLINI LEGAL SERVICES CHARTERE
2756 ROUTE 34
Oswego, IL 60543

**VIA REGULAR MAIL**

CAROL KELLY
1500 BRIARCLIFF ROAD, UNIT 230
MONTGOMERY, IL 60538

DISCOVER BANK
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

HEARTLAND BANK AND TRUST COMPANY
405 N. HERSHEY RD
BLOOMINGTON, IL 61704

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste. I
Wheaton, IL 60187
Phone: (630) 510-0000