**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KELLY, CAROL § Case No. 16-03117
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $26,900.94  Assets Exempt: $43,400.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,865.06  Claims Discharged
Without Payment: $48,080.26

Total Expenses of Administration: $4,134.94

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,134.94 | 4,134.94 | 4,134.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,284.00 | 53,945.32 | 53,945.32 | 5,865.06 |
| **TOTAL DISBURSEMENTS** | $60,284.00 | $58,080.26 | $58,080.26 | $10,000.00 |

4) This case was originally filed under Chapter 7 on February 02, 2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wal Mart Associate Stock Purchase Plan | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 1.32 | 1.32 | 1.32 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,333.50 | 2,333.50 | 2,333.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 11.97 | 11.97 | 11.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.32 | 14.32 | 14.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.83 | 13.83 | 13.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,134.94 | $4,134.94 | $4,134.94 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 5,094.06 | 5,094.06 | 553.84 |
| 2 | HEARTLAND BANK AND TRUST COMPANY | 7100-000 | 60,284.00 | 48,851.26 | 48,851.26 | 5,311.22 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $60,284.00 | $53,945.32 | $53,945.32 | $5,865.06 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-03117  
**Case Name:** KELLY, CAROL  

**Period Ending:** 03/14/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 02/02/16 (f)  
**§341(a) Meeting Date:** 02/29/16  
**Claims Bar Date:** 07/21/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2006 Chevrolet HHR with 190,000 miles | 1,850.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings. | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing apparel. | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Chase Bank -3098 | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Checkign Chase Bank -9122 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wal Mart Associate Stock Purchase Plan | 18,000.00 | 10,000.00 | | 10,000.00 | FA |
| 8 | : Carson Pirie Scott and Co. pension. In payment | 0.00 | 0.00 | | 0.00 | FA |
| 9 | : Merrill Lynch Retirement Account | 22,150.94 | 0.00 | | 0.00 | FA |
| 10 | AARP Term Life Insurance Policy. No cash value. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Modular home - 1995 Redman Industries Modular Home 26 x 54. | Unknown | 0.00 | | 0.00 | FA |
| 12 | Values listed on schedule B are the debtor's | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$44,900.94** | **$10,000.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 8, 2016          **Current Projected Date Of Final Report (TFR):**   November 8, 2016  (Actual)

Printed: 03/14/2017 12:05 PM     V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-03117  
**Case Name:** KELLY, CAROL  
**Taxpayer ID #:** **-***5664  
**Period Ending:** 03/14/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****018166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/29/16 | {7} | Carol T. Kelly | Liquidation of Personal Property | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.32 | 9,975.68 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.83 | 9,961.85 |
| 12/23/16 | 101 | Discover Bank | Dividend paid 10.87% on $5,094.06; Claim# 1; Filed: $5,094.06; Reference: | 7100-000 | | 553.84 | 9,408.01 |
| 12/23/16 | 102 | HEARTLAND BANK AND TRUST COMPANY | Dividend paid 10.87% on $48,851.26; Claim# 2; Filed: $48,851.26; Reference: | 7100-000 | | 5,311.22 | 4,096.79 |
| 12/23/16 | 103 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,751.32 | 2,345.47 |
| | | | Dividend paid 100.00% 1,750.00 on $1,750.00; Claim# ; Filed: $1,750.00 | 2100-000 | | | 2,345.47 |
| | | | Dividend paid 100.00% 1.32 on $1.32; Claim# ; Filed: $1.32 | 2200-000 | | | 2,345.47 |
| 12/23/16 | 104 | SPRINGER BROWN, LLC | Combined Check for Claims#et_al. | | | 2,345.47 | 0.00 |
| | | | Dividend paid 100.00% 2,333.50 on $2,333.50; Claim# ; Filed: $2,333.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 11.97 on $11.97; Claim# ; Filed: $11.97 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.00** | **$10,000.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-03117 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | KELLY, CAROL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****018166 - Checking Account |
| **Taxpayer ID #:** | **-***5664 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/14/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | Checking # ****018166 | 10,000.00 | 10,000.00 | 0.00 |
| | | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)

Printed: 03/14/2017 12:05 PM    V.13.30